Form B3 (Official Form 3) (9/97)

# UNITED STATES BANKRUPTCY COURT
## District of

| In re | Michael E. Stewart | Case No.: 05-63325 |
|---|---|---|
| | Debtor | (if known) |

## APPLICATION AND ORDER TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Bankruptcy Rule 1006, I apply for permission to pay the Filing Fee amounting to $ __189__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __47.25__   Check one  ☐ With the filing of the petition
                              ☑ On or before __11-3-05__

    $ __47.25__   on or before __12-3-05__

    $ __47.25__   on or before __1-3-06__

    $ __47.25__   on or before __2-26-06__

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after the filing of the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _____        /s/ Michael Stewart        11-2-05
Signature of Attorney               Date           Signature of Debtor         Date
                                                   (In a joint case, both spouses must sign.)

_____                        _____
Name of Attorney                                   Signature of Joint Debtor (if any)   Date

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 USC §110)

I certify that I am a bankruptcy petition preparer as defined in 11 USC § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____                        _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                      _____
Signature of Bankruptcy Preparer                   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 USC § 110; 18 USC § 156.

electronic form (c) 1998, www.lawca.com

NOV 07 2005                                        KENNETH S. GARDNER

*FILED NOV - 7 2005, UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, KENNETH S. GARDNER, CLERK — BP REP.*

Official Form 3 continued
9/97)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Michael E. Stewart__,                                      Case No. _____
           Debtor

                                                                   Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

       IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

       IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

                           BY THE COURT

Date: _____                    _____
                                                *United States Bankruptcy Judge*