UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   MICHAEL E STEWART

CASE NO. 05 B 63325

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-0355

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/07/05 and confirmed on 03/16/06.

2. The plan is paid in full.

3. The Debtor paid a total of $  7585.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 3967.28 | .00 | 3967.28 |
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARDHOLDER SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 947.11 | .00 | 947.11 |
| EDUCATION CREDIT MGMT CO | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 457.32 | .00 | 457.32 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3967.28 | .00 | 1404.43 | .00 | 5371.71 |
| PRINCIPAL PAID | 3967.28 | .00 | 1404.43 | .00 | 5371.71 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3967.28 | .00 | 1404.43 | .00 | 5371.71 |

The Debtor's attorney, PAUL M BACH                , was allowed $   1857.50 and was paid $   1857.50 .

The Trustee received $    276.40 .

Refunds to the Debtor totaled $     79.39 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                         /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 63325 MICHAEL E STEWART